JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN HIMBLER AVILES, | ) Case No. CV 20-1792-MCS (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| U.S. MARSHAL et al., | ) |
| Respondents. | ) |

Pursuant to the Order Granting Respondent's Motion to Dismiss and Dismissing Federal Habeas Petition,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 5, 2020

_____
Mark C. Scarsi
U.S. DISTRICT JUDGE